IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INTEGRATED DISTRIBUTION SOLUTIONS, L.L.C., et al., | ) ) ) | Case No. 8:09CV3135 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| RETALIX USA, INC., | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Michael K. Huffer, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **September 10, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 10th day of August 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge