IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **INTEGRATED DISTRIBUTION SOLUTIONS, L.L.C., H&S COMPUTER SERVICES, INC., DATA TECH SERVICES, INC., VICTOR HAMILTON, GEORGE MARIN, MIKE KRAVCHUK, MORGAN STRATTAN, TOM WAPLES, CAROLINE PUGMIRE A/K/A/ CAROLINE RICHARDSON, NOEL SHERIDAN, ROY MUNNELLY, AND BUTCH BAUSCHER,** | ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. 8:09CV3135**<br><br>**ORDER**<br>**OF DISMISSAL** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| **RETALIX USA, INC.,** | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation for dismissal (Filing No. 13). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 13) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 12th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge